## UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
PROBATION OFFICE

**DAVID D. KEELER**
CHIEF PROBATION OFFICER

P.O. BOX 8289
200 EAST LIBERTY
ANN ARBOR, MI 48107-8289
(313) 741-2075

REPLY TO: **DETROIT**

THEODORE LEVIN UNITED STATES COURTHOUSE
231 W. LAFAYETTE BLVD.
DETROIT, MI 48226-2799
(313) 234-5400
FAX (313) 234-5390

1000 WASHINGTON BLVD.
P.O. BOX 649
BAY CITY, MI 48707-0649
(517) 894-8830

600 CHURCH STREET
FLINT, MI 48502-1214
(810) 341-7860

December 1, 2005

David J. Conde
U.S. Probation Officer
17 South Park Row
Room A-110
Erie, PA 16501

RE: **BRADFORD, Prentice Aaron**
**Docket No. 00CR00013-01**
Transfer of Jurisdiction

Dear Mr. Conde:

  Enclosed please find two Probation Form 22's, Transfer of Jurisdiction, in the above named individual's case. Part 2 was signed by the Honorable Denise Page Hood on November 21, 2005 accepting jurisdiction.

  Please forward **both originals** to your Clerk's Office. Your Clerk's Office will then forward certified copies of the Indictment and/or Information, Judgment and Commitment Order, Docket Sheet and **One of the original Form 22** on the above named to the Clerk of the Court, Eastern District of Michigan, 231 W. Lafayette, 564 Theodore Levin U.S. Courthouse, Detroit, Michigan 48226. At that time, a docket number will be assigned and the acceptance of jurisdiction will be completed. Should you need to contact me, I may be reached at area code 313-234-5401.

Sincerely,

*Cassandra Terry*
Cassandra Terry
Senior US Probation Clerk

**RECEIVED**
DEC 0 5 2005
U.S. PROBATION & PRETRIAL
SERVICES OFFICE

Enclosures: As stated
cc: M.J. Sudduth, USPO

| PROB 22 | | DOCKET NUMBER *(Tran. Court)* |
|---|---|---|
| (Rev. 2/88) | | 0315 1:00CR00013-001 |
| | TRANSFER OF JURISDICTION | DOCKET NUMBER *(Rec. Court)* |
| | | |

| NAME AND ADDRESS OF PROBATIONER/SUPERVISED RELEASEE | DISTRICT | DIVISION |
|---|---|---|
| Prentice Aaron Bradford<br>12691 Marlowe Street<br>Detroit, MI 48227 | Western District Of Pennsylvania | United States Probation Office |
| | NAME OF SENTENCING JUDGE | |
| | Maurice B. Cohill Jr.<br>Senior United States District Judge | |
| | DATES OF PROBATION/ SUPERVISED RELEASE | FROM 08/29/05 | TO 08/28/09 |

OFFENSE

Conspiracy to Distribute and Possess with Intent to Distribute in Excess of 500 grams of Cocaine, 18 U.S.C. § 846.

---

**PART 1 - ORDER TRANSFERRING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF PENNSYLVANIA

IT IS HEREBY ORDERED that, pursuant to 18 U.S.C. § 3605, the jurisdiction of the probationer or supervised releasee named above be transferred with the records of this Court to the United States District Court for the Western District Of Pennsylvania upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of probation or supervised release may be changed by the District Court to which this transfer is made without further inquiry of this court.*

Oct. 24, 2005                    X Maurice B. Cohill, Jr.
*Date*                            *United States District Judge*

*This sentence may be deleted in the discretion of the transferring Court.

---

**PART 2 - ORDER ACCEPTING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF MICHIGAN

IT IS HEREBY ORDERED that jurisdiction over the above-named probationer/supervised releasee be accepted and assumed by this Court from and after the entry of this order.

11-21-05                          [signature]
*Effective Date*                  *United States District Judge*